IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         Case No. 2:21-cr-20003-001

LYNDA SUSAN MILLER                                                                          DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), Local Rule 72.1 ¶ XII, and General Order No. 40, this matter was referred to the undersigned for the purposes of conducting a plea hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Such a hearing was conducted on March 17, 2021, and, pursuant to a written Plea Agreement, the Defendant agreed to waive indictment by a grand jury and consent to the filing of a one-count Information that charges her with theft of government funds exceeding an aggregate amount of $1,000.00, in violation of Title 18, United States Code, Section 641. Further, the Defendant agreed to plead guilty to the one-count Information.

The Plea Agreement states, inter alia, that the Defendant agrees to pay full restitution to the United States for the loss caused by the offense conduct, to which the Defendant is pleading guilty. Defendant stipulates and agrees that the loss to the United States is the sum of $43,189.00.

After conducting the hearing in the form and manner prescribed by Rule 11, the undersigned finds:

1.      The Defendant, after consultation with her counsel, has knowingly and voluntarily consented, both in writing and on the record, to the entry of her guilty plea before the undersigned, with the plea being subject to final approval by U. S. District Judge P. K. Holmes, III.

    2.    The Defendant and the Government have entered into a written Plea Agreement which has been disclosed in open court pursuant to Rule 11(c)(2), and the undersigned has directed that the Plea Agreement be filed.

    3.    The Defendant is fully competent and capable of entering an informed plea; she is aware of the nature of the charge, the applicable maximum penalties, and the consequences of the guilty plea; she is fully satisfied with her counsel and has had sufficient time to consult with him; and the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

    4.    The Defendant understands her constitutional and statutory rights and wishes to waive these rights.

    5.    The parties were informed, both in writing and on the record at the hearing, of their right to file written objections within fourteen (14) days after receipt of this Report and Recommendation. To expedite acceptance of the guilty plea, the parties waived, both on the record and in writing, their right to file objections.

    Based on the foregoing, the undersigned recommends that the Defendant's guilty plea be accepted and that the written Plea Agreement be tentatively approved, subject to final approval at sentencing.

    DATED: March 17, 2021.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE