UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                        CASE NO. 2:21-CR-20003-001

LYNDA SUSAN MILLER                                                    DEFENDANT

## **ORDER**

As ordered from the bench in the sentencing hearing conducted this same day, the Court ADOPTS the report and recommendation (Doc. 10) entered in this case and accepts Defendant's plea of guilty to Count 1 of the information.

IT IS SO ORDERED this July 7, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE